

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of B.W.K., a juvenile,

\* From the Juvenile Court
   of Taylor County,
   Trial Court No. 5557-J.

No. 11-20-00238-CV

\* April 15, 2021

\* Memorandum Opinion by Trotter, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the juvenile court is in all things affirmed.